UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT RICHARD POUDRIER and DEBBIE RAYE POUDRIER,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>CALIFORNIA RECONVEYANCE COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 3:11-cv-00107-LRH-WGC<br><br>MINUTE ORDER<br><br>June 1, 2012 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):       NONE APPEARING

COUNSEL FOR DEFENDANT(S):       NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

　　Before the court is Defendants' Motion for Stay of Litigation and Discovery Pending a Determination on Their Motion for Summary Judgment and to Expunge Notice of Pendency of Action (#36)[1].  No opposition has been filed on behalf of Plaintiffs.  On May 9, 2012, Defendants filed their Motion for Summary Judgment (#34) and Motion to Expunge Notice of Pendency of the Action (#35). The court finds that it is in the best interest of judicial economy to temporarily stay the advance of discovery until such time as the pending motions are resolved.

　　Good cause appearing, Defendant's motion (#36) is GRANTED.  All litigation and discovery proceedings in this matter shall be STAYED pending the court's resolution of Defendants' Motion for Summary Judgment (#34) and Motion to Expunge Notice of Pendency of the Action (#35).

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　　　　　　　　By:　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

---

[1] Refers to court's docket number.