1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT RICHARD POUDRIER and )
DEBBIE RAYE POUDRIER, )   CASE NO.   3:11-cv-00107-LRH-WGC
)
Plaintiffs, )
)
v. )
)   **STIPULATION AND ORDER TO**
CALIFORNIA RECONVEYANCE )   **DISMISS COMPLAINT WITH**
COMPANY, a foreign entity, CHASE )   **PREJUDICE AND TO CANCEL AND**
HOME FINANCE LLC, a foreign entity, and)   **EXPUNGE LIS PENDENS**
WASHINGTON MUTUAL SAVINGS )
BANK, a foreign entity, DOES 1-100, )
inclusive, and all other persons unknown )
claiming any right, title, estate, lien or interest )
in the real property described herein. )
)
Defendants. )
)

Plaintiffs Robert Richard Poudrier and Debbie Raye Poudrier ("Plaintiffs") and Defendants California Reconveyance Company ("CRC"), and JPMorgan Chase Bank N.A. as successor by merger to Chase Home Finance LLC, and as acquirer of certain assets and liabilities of Washington Mutual Bank, FA (misnamed in the caption as Washington Mutual Savings Bank) from the FDIC, acting as receiver ("JPMorgan") (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

1. The within Complaint shall be dismissed with prejudice as against each of the Defendants, with the parties to bear their own attorneys' fees and costs of suit, and JPMorgan and CRC (and their respective affiliates, predecessors, successors, and assigns) shall be released and discharged from all claims that are herein alleged, or could have been alleged, by the Plaintiffs.

2. Nothing in this Order, or the relief granted herein, shall be construed or deemed to alter, affect, limit, waive, or restrict the rights of JPMorgan or CRC (or any of their affiliates, predecessors, successors, and assigns) relating to the properties that are the subject of this action (727-733 Lander Street, Reno, Nevada 89509, parcel no. 011-261-08, and 741-743 Lander Street, Reno, Nevada 89509, parcel no. 011-261-09) and/or any mortgage, security interest, or foreclosure relating to said properties.

3. The notice of pendency of action (Instrument Number 3999228) ("Lis Pendens") that Plaintiffs caused to be recorded on or about May 3, 2011, against the subject properties, shall be cancelled and expunged from the records of the Washoe County, Nevada Recorder ("Recorder"), and shall be of no force or effect whatsoever; and this Order may be recorded with the Recorder forthwith.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

4.  Inasmuch as this action is being dismissed with prejudice as against all named defendants, this lawsuit is hereby CLOSED and all pending motions and other matters herein are hereby VACATED.  The parties advise the Court that no trial date has been set in this matter.

DATED this 2̶5̶ day of June, 2012.          DATED this 2 day of J̶u̶n̶e̶ July, 2012.

/s/ Terry J. Thomas
Terry J. Thomas, Esq.
Nevada Bar No. 5523
7330 Hunter Glen Drive
Reno, NV 89523
Attorney for Plaintiffs

SMITH, LARSEN & WIXOM

Kent F. Larsen, Esq.
Nevada Bar No. 3463
Joseph T. Prete, Esq.
Nevada Bar No. 9654
Hill Center Business Park
1935 Village Center Cr
Las Vegas, NV 89134
  fendants
California Reconveyance Company;
and JPMorgan Chase Bank, N.A.,
as successor by merger to Chase Home
Finance LLC and as an acquirer
of certain assets and liabilities of
Washington Mutual Bank, FA from the
FDIC, acting as receiver

**IT IS SO ORDERED.**

DATED this 5th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE